# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE 10/26/2015

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT OF APPEALS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/26/2015 11:06:20 AM
CHRISTOPHER A. PRINE
Clerk

**TO:** 1ST COURT OF APPEALS

**From:** **Deputy Clerk: IRMA MEDINA**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

**CAUSE:** 2000-34109F

**VOLUME** _____ **PAGE** _____ **OR** **IMAGE #** 67580268

**DUE** 10/26/2015 **ATTORNEY** PRO-SE #1

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** 1ST

**DATE ORDER SIGNED:** 7/13/2015

**THIS CASE IS ASSOCIATED WITH MAIN CASE# 01-15-00207-CV**

**REQUEST TRANSCRIPT DATE FILED** N/A

**NOTICE OF APPEAL DATE FILED** 10/16/2015

**NUMBER OF DAYS: ( CLERKS RECORD )** 10

**FILE ORDERED: YES** ☐ **NO** ☒ **IMAGED FILED: YES** ☒ **NO** ☐

**CODES FOR NOTICE OF APPEAL:** D, OA

CHRIS DANIEL
Harris County, District Clerk

By: /s/IRMA MEDINA
**IRMA MEDINA, Deputy**

**BC** **NOTICE OF APPEAL FILED**
**BG** **NOTICE OF APPEAL FILED – GOVERNMENT**
**C** **JUDGMENT BEING APPEALED**
**D -** **ACCELERATED APPEAL**
**OA** **NO CLERK'S RECORD REQUEST FILED**
**O** **CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)**
**NA** **AMENDED NOTICE OF APPEAL**

2000 34109-F

| | | |
|---|---|---|
| Rita Lemons and etal. | () | In The District |
| VS. | () | 151st Court |
| Transplant Associates at Baylor | () | Harris County, Texas |
| Healthcare Systems, P.A | () | |

FILED
Chris Daniel
District Clerk
Time:
OCT 16 2015
Harris County, Texas
Deputy

## NOTICE OF APPEAL

Comes Now, Plaintiff, Rita Lemons giving Notice of Appeal for Orders signed on July 13, 2015, presiding Judge Mike Engelhart. Specifically Case No. 200034109-D- Writ of Garnishment on Texas School Board Association, 2000 34109-E- Writ of Sequestration and 2000 34109-F –Writ of Garnishment on Transplant Associates at Baylor Healthcare Systems, P.A.

## CERTIFICATE OF SERVICE

I certify that a correct copy has been forwarded to the Defendants transplant Associates at Baylor Healthcare Systems, P.A. at 3410 Worth St. Ste. 950 Dallas, Texas 75246-2046. Mr. and Mrs. Joe Lee at 3633 Dubois St. Houston, Texas 77051, Joyce Hickman Lee at FMC Cardwell Federal Medical Center Building register 88369-079 P.O. Box 27137 Forth Worth, Texas 76127, telephone (817) 742 4000 fax: (817) 782-4875

Respectfully Submitted,

S/: Rita Lemons

16215 Diamond Ridge Dr.

Houston, Texas 77053

Contact: (281) 707-2732 email; jireh-consult@yahoo.com

CONFIRMED FILE DATE: 10/16/2015

## CAUSE NO. 2000-34109F

| | | |
|---|---|---|
| RITA LEMONS & ET AL. | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | 151ST JUDICAL DISTRICT |
| | § | |
| TRANSPLANT ASSOCIATES OF BAYLOR | § | |
| HEALTH CARE SYSTEMS, INC. | § | HARRIS COUNTY, TEXAS |

## ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT AND TRAVERSE ANSWER, MOTION TO STRIKE ANSWER AND ENTRY OF DEFAULT JUDGMENT

BE IT REMEMBERED that on the 13th day of July, 2015 came on to be considered Plaintiff's Motion for Default and Traverse Answer, Motion to Strike and Entry of Default Judgment as well as Garnishee Transplant Associates at Baylor Health Care Systems, PA's Response to Motion for Default and Traverse Answer, Motion to Strike Answer and Entry of Default Judgment and Objections to Affidavit of Rita Lemons. The Court after considering such pleadings, responses and argument is of the opinions as follows:

**THE COURT ORDERS** that the Plaintiff's Motion for Default and Traverse Answer is **DENIED**; without prejudice.

IT IS FURTHER ORDERED that Plaintiff's Motion to Strike Answer and Enter Default Judgment against Garnishee is **DENIED**; **

~~IT IS FURTHER ORDERED that the Affidavit of Rita Lemons which is entitled "Affidavit Traverse Answer" is hereby STRICKEN as being unsworn and merely conclusory in nature;~~

** It is further ORDERED that Plaintiff shall have 30 days from the date of this Order to take the deposition of Joe Lee or anyone else, pursuant to the Texas Rules of Civil Procedure, in order to determine whether there is evidence to support Plaintiff's belief that the garnishee in this matter has some relationship with the judgment debtors in this case which might support this garnishment action.

ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT AND TRAVERSE ANSWER, MOTION TO STRIKE ANSWER AND ENTRY OF DEFAULT JUDGMENT          PAGE 1 of 2
2773549.1

IT IS FURTHER ORDERED that Plaintiff's claim against Garnishee Transplant Associates at Baylor Health Care Systems, PA is hereby DISCHARGED AND DISMISSED WITH PREJUDICE.

IT IS ORDERED that all costs of Court are taxed against the Plaintiff Rita Lemons.

SIGNED this _____ day of July, 2015

Signed: 7/13/2015

_____
JUDGE PRESIDING

**APPROVED AS TO FORM AND SUBSTANCE:**

**GRAY REED & MCGRAW, P.C.**

By:     /s/ Kenneth C. Stone
        **KENNETH C. STONE**
        State Bar No. 19296300
        Email: kstone@grayreed.com
        4600 Thanksgiving Tower
        1601 Elm Street
        Dallas, Texas  75201
        (469) 320-6106 (Telephone)
        (469) 320-6878 (Direct Fax)

ATTORNEY FOR GARNISHEE,
TRANSPLANT ASSOCIATES AT BAYLOR
HEALTH CARE SYSTEM, P.A.

```
JU2FN (NSD#)     JUSTICE INFORMATION MANAGEMENT SYSTEM     OCT 26, 2015(C1)
INT6510                  CIVIL CASE INTAKE                 OPT: _____ - INT
                      GENERAL PARTY INQUIRY                PAGE:  1 -    1

CASE NUM: 200034109F_ PJN> __  TRANS NUM: _____ CURRENT COURT: 151 PUB? _
CASE TYPE: GARNISHMENT AFT JUDGMENT        CASE STATUS: ACTIVE
STYLE: LEMONS, RITA                    VS TRANSPLANT ASSOCIATES OF BAYLOR H
========================================================================
                      **** ACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR        PERSON NAME            PTY    ASSOC. ATTY
  NUM   NUMBER                                          STAT
_     00003-0001 AGT          TRANSPLANT ASSOCIATES OF BAYLO
_     00002-0001 DEF 19296300 TRANSPLANT ASSOCIATES OF BAYLO      STONE, KENNET
_     00001-0001 PLT          LEMONS, RITA                        PRO-SE




==> (3) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.    3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.   7=BACKWARD     8=FORWARD      9=PTY. ADDR.  10=REFRESH   11=HELP
```